969 A.2d 1180

**Lawrence M. OTTER, individually and as Candidate for Bucks County Court of Common Pleas Judge, Appellant**

**v.**

**Pedro A. CORTES, Secretary of the Commonwealth and Chet Harhut, Commissioner of Elections, Appellees.**

Supreme Court of Pennsylvania.

April 7, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April, 2009, the order of the Commonwealth Court is hereby AFFIRMED.

An opinion will follow.